AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE SEP 0 2 2009 |
| NAME OF SERVER (PRINT) David J. Ellis | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 2856 MLK Aliceville AL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL — | SERVICES — | TOTAL — |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  SEP 0 2 2009
            Date            *Signature of Server*  David J. Ellis  Process Server

Dennis Richman's Services
1500 J. F. K. Blvd., Ste. 1706
Philadelphia, PA 19102

**FILED**
SEP 1 5 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

21567